MEMORANDUM ENDORSEMENT

Vidurek et al. v. Koskinen, et al.,
17 CV 9064 (VB)



The Court is in receipt of the attached letter from plaintiffs, who are proceeding pro se.

First, plaintiffs' letter is addressed to my chambers. Plaintiffs are instructed to address all future correspondence to the Pro Se Clerk at the following address:

> United States District Court
> Pro Se Clerk
> 300 Quarropas St.
> White Plains, NY 10601

The Court may disregard any future submissions sent directly to chambers.

Second, on January 16, 2018, the Court ordered plaintiffs to respond to defendants' motions to dismiss. (Doc. #14). The next day, on January 17, 2018, plaintiffs' response was docketed and dated January 16, 2018. (Doc. #15). It appears the Court's Order crossed plaintiffs' response in the mail. Therefore, plaintiffs have complied with the Court's January 16, 2018, Order.

The Clerk is directed to mail a copy of this Order to plaintiffs at the address listed on the docket.

Dated: January 23, 2018
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
Federal Building Courthouse; 300 Quarropas Street; White Plains, NY 10601-4150

JAN 22 2018

| | | |
|---|---|---|
| John and Kimberly Vidurek<br>Plaintiff(s)<br><br>- Against -<br><br>John Koskinen, Et al<br>Defendants | | Magistrate: Vincent L Briccetti<br><br>Case no. 17 CV 9064 (VB)<br><br>**RESPONSE TO ORDER** |

This is in response to the "ORDER" dated January 16, 2018.

Plaintiffs did respond to defendants Quinn and Chiarello's motions to dismiss via certified mail on January 10th and was received by the court on January 12th at 11:14 am. See copy of order, receipt, certified delivery and "RESPONSE TO MOTIONS TO DISMISS" attached.

Please confirm receipt of this communique. Thank You.

January 20, 2018

John & Kimberly Vidurek, in pro per

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

JOHN VIDUREK and KIMBERLY
VIDUREK,
                Plaintiffs,

v.

JOHN KOSKINEN, et al.,
                Defendants.

--------------------------------------------------------------x

**ORDER**

17 CV 9064 (VB)

On December 18, 2017, defendants Quinn and Chiarello filed separate motions to dismiss the complaint. (Docs. ##5, 8). Oppositions to the motions were due January 8, 2018. To date, plaintiffs, who are proceeding pro se, have not filed an opposition to either motion.

Therefore, it is ORDERED that by February 16, 2018, plaintiffs shall file an opposition to the motions to dismiss. Defendants' replies, if any, shall be due February 23, 2018. If plaintiffs fail to file their opposition by February 16, 2018, the motions will be deemed fully submitted and unopposed.

The Clerk is instructed to mail a copy of this Order to plaintiffs at the address listed on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated: January 16, 2018
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Therefore, service was made as per the following (2) Federal Rules of Civil Procedure and Proof of service was filed with the court on November 21, 2017:

Rule 4 (e) SERVING AN INDIVIDUAL WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES ... a person ... may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; Thereby As per NYCPLR §308 Personal service upon a natural person shall be made by any of the following methods: 1. by delivering the summons within the state to the person to be served; by either mailing the summons to the person to be served at his or her last known residence or by mailing the summons by first class mail to the person to be served <u>at his or her actual place of business</u> whereas proof of such service shall be filed with the clerk of the court; and in this fashion service was made upon the defendants.

Rule 5 Serving and Filing Pleadings and Other Papers (b) SERVICE: HOW MADE. (2) Service in General. A paper is served under this rule by: (A) handing it to the person; (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; (C) mailing it to the person's last known address in which event service is complete upon mailing;

## EVERY RIGHT WHEN WITH-HELD MUST HAVE A REMEDY AND EVERY INJURY ITS PROPER REDRESS

*"William Blackstone - a legal maxim - Every right when with-held must have a remedy, and every injury it's proper redress. ... In the third volume of his Commentaries, page 23, Blackstone states two cases in which a remedy is afforded by mere operation of law. "In all other cases," he says, it is a general and indisputable rule that where there is a legal right, there is also a legal remedy by suit or action at law whenever that right is invaded. And afterwards, page 109 of the same volume, he says, I am next to consider such injuries as are cognizable by the Courts of common law. And herein I shall for the present only remark that all possible injuries whatsoever that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals are, for that very reason, within the cognizance of the common law courts of justice, for it is a*

*settled and invariable principle in the laws of England that every right, when withheld, must have a remedy, and every injury its proper redress"...* 5 U.S. 137, **Marbury v. Madison**

**TORT**: *"a private or civil wrong or injury; a wrong independent of contract".* 1 Hill, Torts 1. *"A violation of a duty imposed by general law or otherwise upon all persons occupying the relation to each other which is involved in a given transaction."* Coleman v. California Yearly Meeting of Friends Church, 27 Cal.App.2d 579, 81 P.2d 469, 470. *"There must always be a violation of some duty owing to plaintiff, and generally such duty must arise by operation of law and not by mere agreement of the parties."* Diver v. Miller, Del.Super., 148 A. 291, 293.

There are *"Three elements of every tort action are: Existence of legal duty from defendant to plaintiff, breach of duty, and damage as proximate result."* City of Mobile v. McClure, 221 Ala. 51, 127 So. 832, 835.

Plaintiffs have an unalienable right of redress and have clearly stated in the Action filed on November 20, 2017 the aforesaid required three elements; see Action at Law lines 174-246.

## EXHIBITS

All filed exhibits address the Action between the plaintiff and the government agents and agency and thereby have no bearing upon the financial institution defendants.

Upon information and belief all financial institution defendants shared plaintiff's papers and effects without a Warrant issued upon probable cause and supported by Oath or affirmation particularly describing the place to be searched and the persons or things to be seized. This is the issue at hand between the plaintiffs and said defendants either they violated the law and trust or they didn't. Therefore their response should be simply yea or nay under oath.

SEAL

_____
John Vidurek, in Pro Per

80

### NOTARY

85  New York State, Dutchess County on this 10th day of January 2018 before me ____John R. Senchak____, the subscriber, personally appeared John Vidurek to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

My commission expires: 11/7/2020

(Notary Seal)

90  JOHN R SENCHAK
Notary Public - State of New York
NO. 01SE6350139
Qualified in Dutchess County
My Commission Expires Nov 7, 2020

```
==========================================
            HYDE PARK
          1 E MARKET ST
            HYDE PARK
               NY
            12538-9998
            3540750209
01/10/2018    (800)275-8777   12:40 PM
==========================================
==========================================
Product                Sale        Final
Description             Qty        Price

First-Class             1          $0.49
Mail
Letter
    (Domestic)
    (ALBANY, NY   12205)
    (Weight:0 Lb 0.90 Oz)
    (Estimated Delivery Date)
    (Friday 01/12/2018)
First-Class             1          $0.49
Mail
Letter
    (Domestic)
    (NEW YORK, NY   10016)
    (Weight:0 Lb 0.90 Oz)
    (Estimated Delivery Date)
    (Friday 01/12/2018)
PM 1-Day                1          $7.20
    (Domestic)
    (WHITE PLAINS, NY   10601)
    (Weight:1 Lb 7.10 Oz)
    (Expected Delivery Date)
    (Thursday 01/11/2018)
 Certified              1          $3.35
    (@@USPS Certified Mail #)
    (70163010000028998448)

Total                             $11.53

Credit Card Remitd                $11.53
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX5984)
    (Approval #:014040)
    (Transaction #:827)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.


   All sales final on stamps and postage
   Refunds for guaranteed services only
          Thank you for your business

         HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                  Go to:
       https://postalexperience.com/Pos

      840-5105-0262-002-00015-17159-02

            or scan this code with
             your mobile device:
```

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70163010000028998448

Expected Delivery on

**FRIDAY**
**12** JANUARY 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

January 12, 2018 at 11:14 am
DELIVERED, FRONT DESK/RECEPTION
WHITE PLAINS, NY 10601

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃