UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN AND KIMBERLY VIDUREK,

                        Plaintiffs,         **NOTICE OF MOTION**

   -against-                                         Docket No: 17 CV 09064

JOHN KOSKINEN,et al.,

                        Defendants
------------------------------------------------------------------------x

S I R (S):

    PLEASE TAKE NOTICE, that upon the annexed affidavit of Daniel C. Stafford, the attached exhibits, memorandum of law and Rule 12.1 statement, Defendant Mary Madden hereby moves for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, or in the alternative, an order pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure dismissing Plaintiffs' complaint, said motion to be heard before this Court at the courthouse located at 300 Quarropas Street, White Plains, New York.

    PLEASE TAKE FURTHER NOTICE, that Plaintiff's opposition papers are due by February 23, 2018 and defendants' reply papers are due no later than March 2, 2018.

DATED:      Poughkeepsie, New York
                  February 9, 2018

                                                  McCABE & MACK LLP

                                                  By: _____
                                                  DANIEL C. STAFFORD (0133)
                                                  *Attorneys for Defendant Mary Madden*
                                                  63 Washington Street
                                                  P.O. Box 509
                                                  Poughkeepsie, NY 12602-0509
                                                  Tel: (845) 486-6800

TO:    John & Kimberly Vidurek
         *Plaintiffs Pro Per*
         1 South Drive
         Hyde Park, NY 12538